# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| TAMERA HAMILTON, *et al.*, | : | Case No. 3:25-cv-00131 |
| Plaintiffs, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| MERCY HEALTH REGIONAL TRANSPORT, LLC, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Plaintiffs Tamera Hamilton and Dennis Hamilton have not filed a diversity disclosure statement as required by that Rule. Plaintiffs are therefore **ORDERED** to file such a statement no later than thirty days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge