**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| TAMERA HAMILTON, *et al.*, | : | Case No. 3:25-cv-00131 |
| | : | |
| Plaintiffs, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| MERCY HEALTH REGIONAL | : | |
| TRANSPORT, LLC, *et al*., | : | |
| | : | |
| Defendants. | : | |

---

## ORDER FOR EXPEDITED BRIEFING

---

This matter is before the Court on the Motion to Order Plaintiff Dennis Hamilton to Submit to a Civil Rule 35 Examination ("Motion," Doc. No. 24) filed by Defendants Mercy Health Regional Transport, LLC and Jillienne Kohler. Given the time-sensitive nature of the issues raised in the Motion, the Court sets the following expedited briefing schedule:

- Plaintiff's memorandum in opposition is due **Thursday, April 23, 2026.**

- Defendants' reply brief is due **Thursday, April 30, 2026.**

   **IT IS SO ORDERED**.

   */s/ Caroline H. Gentry*
   Caroline H. Gentry
   United States Magistrate Judge