IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TAMERA HAMILTON, et al. | * | Case No.: 3:25-cv-00131 |
| v. | * | Magistrate Judge Caroline H. Gentry |
| MERCY HEALTH REGIONAL TRANSPORT, LLC, et al. | * | |
| | * | |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that the above matter may be dismissed with prejudice with Defendants to pay court costs.

IT IS SO STIPULATED.

| | |
|---|---|
| *By: /s/ Russell W. Porritt II*<br>**Russell W. Porritt II (0062612)**<br>**Andrew J. Stough (0074114)**<br>WARD, ANDERSON, PORRITT, BRYANT, & ZACHARY<br>3231 Central Park West, Suite 108<br>Toledo, OH 43617<br>PH: (419) 841-7211<br>FX: (419) 849-9850<br>rporritt@wardanderson.com<br>astough@wardanderson.com<br>*-Counsel for Plaintiffs* | By: */s/ Raymond H. Decker Jr. (by email consent 10-12-2026)*<br>**Raymond H. Decker Jr. (0069208)**<br>P.O. Box 6835<br>Scranton, PA 18505-6835<br>PH (513) 241-5005<br>FX: (800) 977-4146<br>raymonddecker@libertymutual.com<br>*-Counsel for Defendants* |

PURSUANT TO STIPULATION IT IS SO ORDERED.

10/27/26
DATE

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
UNITED STATES MAGISTRATE JUDGE